FRANK GROSSER, as Administrator, etc., Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

E. CLARENCE AIKEN, Respondent, v. WILLIAM P. MUNGER and Others, Impleaded with DOMENICO GIAMBERARDINO, Appellant.— Interlocutory judgment affirmed, with costs. All concurred.

COUNTY OF ERIE, Respondent, Appellant, v. SOL L. FRIDENBERG and Another, Appellants, Respondents, Impleaded with Others.— Order confirming report affirmed, with costs. Order denying costs to defendants affirmed, without costs. All concurred.

J. WADE BECKER and Another, as Administrators, etc., Respondents, v. D. BUREN FULLER, Appellant.—Judgment and order affirmed, with costs. All concurred.

GEORGE MOSGELLER, an Infant, by FRED MOSGELLER, His Guardian ad Litem, Respondent, v. AUGUST FEINE & SONS COMPANY, INC., Appellant. — Judgment and order affirmed, with costs. Held, that while the charge of the court respecting the moral obligation of the defendant to care for the child was improper under the circumstances of this case, it was not so prejudicial as to require a new trial. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN E. WILCOX, Appellant, v. R. ANDREW HAMILTON, as Commissioner of Public Safety of the City of Rochester, New York, and Another, Respondents.— Order affirmed, with costs. All concurred.

FRANCES V. GARDNER, Respondent, v. BUFFALO, LOCKPORT AND ROCHESTER RAILWAY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that no case for a new trial upon the ground of surprise was made out. All concurred.

JOHN H. GAGE, Respondent, v. RICHARD BEWLEY and Others, Appellants.— Motion for reargument denied, without costs.

NELSON J. PALMER, Appellant, v. DUNKIRK PRINTING COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

GUISEPPE CASALE, Respondent, v. GEORGE S. MORRISON and Others, as Copartners, etc., Appellants.— Appeal dismissed, without costs, upon stipulation filed.

BENJAMIN C. MATHES, Respondent, v. EDMUND B. BAUMER, Appellant. — Motion to dismiss appeal granted, unless appellants file and serve printed papers and brief by February 11, 1917, and pay to respondent's attorney ten dollars.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISABEL W. G. REED, Respondent, v. NATIONAL ORDER OF THE DAUGHTERS OF ISABELLA and Others, Appellants.— Motion to dismiss appeal granted, unless appellants file and serve brief by February 1, 1917.